Ramon Serrano
Electrician
Electrician number 3436
Mansiones de Monte Casino 2
Calle Colibri C-2 Toa Alta Puerto Rico

EXHIBIT 1
ANNEX

January 15 2025

Certification

I Ramon Serrano electrician with license number
Certify that I visited the farm in Carolina owned by Mrs. Irmgard Pagan on January 15 2025 and saw that Luma Energy LLC and Luma Energy Servco LLC constructed new towers on this farm that have nothing to do with the claims of Luma and the defendants. The Towers the defendants made that they mentioned of Prepa folio 51 of volume 282 of Carolina Puerto Rico property 6456 eigth inscription have nothing to do with he towers defendants Luma et als have made.
The right of way easement which contains the 115 KV electric transmission lines # 36,800 and # 41,200 have nothing to do with the New Towers Luma made and have nothing to do with the case E-61-1492 Lot 55 from Rafael Nevarez Ladron according to the alleged judgement on February 17 1964. The Huge Towers are made recently by the defendants Luma Energy LLC and Luma Energy Servco LLC. All of those Huge Towwers have BEEN MADE BY THE DEFENDANTS RECENTLY IN THE LAST FEW YEARS and those Towers are affecting

seriously the property of Plaintiff Irmgard Pagan devaluing the property and her farm making the farm totally unusable.

*[signature]*