

*Exhibit 2*
*ANNEX*

# POTOMAC ELEMENTARY

10311 River Road, Potomac, MD Phone: 240-740-4360

January 15, 2025

Mr. Matthew S. Etnyre
Mrs. Irmgard A. Pagan
11120 Fawsett Road
Potomac, MD 20854

Re: Darrell Etnyre / Michael Etnyre

To Whom It May Concern:

This letter is to verify that Darrell and Michael Etnyre have been attending Potomac Elementary School in Montgomery County, Maryland since August 2023. They are currently students in second grade. Mr. Etnyre and Mrs. Pagan have been attending all meetings for their sons.

I have provided report cards for your reference, if you have any questions, you can contact me at 240-740-4360.

Ana G. Escobar
Attendance Secretary/Registrar

cc: student file