# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Irmgard Aimee Pagán-Rivera

    **Plaintiff**

  v.

Luma Energy, LLC., et al

    **Defendants**

**CIVIL NO.** 24-1457(RAM)

## JUDGMENT

In accordance with the Order entered today (Docket No. 28), judgment is entered **DISMISSING this action without prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of March 2025.

                                    S/ RAÚL M. ARIAS-MARXUACH
                                    United States District Judge